JS 45 (1/96) Electronic Version

**Criminal Case Cover Sheet – U.S. District Court**

23-cr-39-wmc

| **Place of Offense:** | | **Related Case Information:** | |
|---|---|---|---|
| City: | Madison | Superseding | Docket Number |
| County/Parrish: | Dane | Same Defendant | New Defendant |
| | | Magistrate Judge Case Number | 23-mj-1-slc |
| | | Search Warrant Case Number | |
| | | R 20 / R40 from District of | |

**Defendant information:**

Matter to be Sealed    Yes    ✓ No

Def. Name: Gustavo Reyes
Alias Name:
City/State: Verona, WI
Year of Birth: 1971    Last 4 digits of SSN: 7612 and 1059
Sex: Male    Race: Hispanic

**U.S. Attorney Information:**

AARON D. WEGNER    Bar #:
Interpreter:    No    x Yes    List language and/or dialect: Spanish

**Location Status:**

Arrest Date:
___ Already in Federal Custody as of: _____ in _____
___ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1    ___ **Petty**    ___ **Misdemeanor**    ✓ **Felony**
                                                        ___ Class A
                                                        ___ Class B
                                                        ___ Class C

| | **Index Key/Code** | **Description of Offense Charged** | **Counts(s)** |
|---|---|---|---|
| Set 1 | 26 U.S.C. § 7201 | Attempt to evade or defeat taxes | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: May 2, 2023    Signature /s/    AARON D. WEGNER