To The Honorable Residing District Judge

    I'm sorry this letter contains a document on the debt and that they need payments, unfortunely this document came after I sent my motion
    I wanted to express on how I am not a danger to the community or any person. I would just ask the court for an opportunity to show that a second chance would allow me to not only pay my debt, but I reconize the consequences and the devastation it can cause to the pursuit of happiness

Thank You
Respectfully
Gustavo Reyes

FILED/REC'D
2024 FEB 26 A 11:52
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI